663

No. 41056.—Protest 979290–G of Gimbel Bros., Inc. (New York).

Opinion by Dallinger, J. It was stipulated that the vases in question are chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) cited.

No. 41057.—Protests 909367–G, etc., of Schall & Co. (A Corp.) et al. (New York).

Opinion by Dallinger, J. In accordance with stipulation of counsel baskets and bookends chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339. Baskets and candelabra plated with silver were held dutiable at 50 percent under the same paragraph. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) cited.

No. 41058.—Protests 872741–G, etc., of Mogi, Momonoi & Co. et al. (New York).

Opinion by Dallinger, J. In accordance with stipulation of counsel incense burners, calendar stands, paper weights, and bridge table pencil holders chiefly used on the table or in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339. Incense burners, bookends, paper weights, and bridge table pencil holders, plated with silver, were held dutiable at 50 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Woolworth* v. *United States* (26 id.221, C. A. D. 20) cited.

No. 41059.—Protest 967405–G of Steinberger Bros. Glove Corp. (New York).

Opinion by Cline, J. The protest was submitted without evidence in support of the claims made. On the record presented it was overruled.

No. 41060.—Protests 831291–G, etc., of Strauss Bros. & Co. (New York).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of bridge table paper weights chiefly used on the table or in the household for utilitarian purposes. On the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. D. 20) the claim at 40 percent under paragraph 339 was sustained.